CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 30 2013

JULIA C. DUDLEY, CLERK
BY:
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JERRY L. ADAMS, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GOV. BOB MCDONNELL, et al., ) <br> Defendant(s). ) | Civil Action No. 7:13-cv-00437 <br><br> **MEMORANDUM OPINION** <br><br> By: Samuel G. Wilson <br> United States District Judge |

Jerry L. Adams, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. §1983. By Order entered September 23, 2013, the court directed plaintiff to submit within 10 days from the date of the Order an inmate account form, and a certified copy of plaintiff's trust fund account statement for the month of March 2013 immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that month. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice. Plaintiff sent the court a letter filed October 2, 2013, regarding the difficulty obtaining the information required and requested that the court send another inmate account form directly to the staff at the jail instead of the plaintiff. The Clerk responded to the letter on the same date by enclosing a copy of the conditionally filed order and pointed out the section on the first page reminding plaintiff of his responsibility to obtain required documentation. On October 3, 2013 the court received an incomplete inmate account report.

More than a month has elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 30th day of October, 2013.

/s/ 
United States District Judge