CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 30 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JERRY L. ADAMS,<br>　　　Plaintiff, | )<br>)<br>)　Civil Action No. 7:13-cv-00437<br>) |
| v. | )　**DISMISSAL ORDER**<br>) |
| GOV. BOB MCDONNELL, <u>et al.</u>,<br>　　　Defendant(s). | )　By:　Samuel G. Wilson<br>)　　　United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 30th day of October, 2013.

　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　United States District Judge