CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 30 2013

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JERRY L. ADAMS, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:13-cv-00437 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| GOV. BOB MCDONNELL, et al., | ) | By:   Samuel G. Wilson |
|     Defendant(s). | ) |        United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 30th day of October, 2013.

/s/ _____
United States District Judge